PHILLIP TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4864
    Facsimile: (510) 970-4813
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| KARINA ELIZABETH CORRALEJO,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-00673-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE THE CERTIFIED ADMINISTRATIVE RECORD |

    Pending the Court's approval, the time for Defendant to file the certified administrative record be extended sixty (60) days from July 18, 2022, up to and including September 16, 2022. This is the Defendant's first request for an extension. On July 8, 2022, the undersigned counsel for the Commissioner confirmed this case is in the process of being prepared by the agency. The transcript, however, has not yet been completed and certified and more time is needed for the

/ / /

/ / /

/ / /

/ / /

1 agency to complete the process.  The parties further stipulate that the Court's Scheduling Order
2 shall be modified accordingly.

3                                            Respectfully submitted,

4 Dated:  July 13, 2022                /s/  *Jerome Anthony Clay, Jr.\**
5                                            (\*as authorized via e-mail on July 13, 2022)
                                           JEROME ANTHONY CLAY, JR.
6                                            Attorney for Plaintiff

7 Dated:  July 13, 2022                PHILLIP TALBERT
8                                            United States Attorney
                                           PETER K. THOMPSON
9                                            Acting Regional Chief Counsel, Region IX
10                                            Social Security Administration

11                             By:     /s/  *Mary Tsai*
                                           MARY TSAI
12                                            Special Assistant U.S. Attorney

13                                            Attorneys for Defendant

14

15 **ORDER**

16      Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an
17 extension, up to and including September 16, 2022, to file the certified administrative record.

18

19 Dated:  July 19, 2022

20                                            DENNIS M. COTA
                                           UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28