PHILLIP. A. TALBERT
United States Attorney
MATHEW W. PILE SBN WA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARY TSAI, CA SBN 216963
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: 510-970-4864
    Facsimile: (510) 970-4813
    E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| KARINA ELIZABETH CORRALEJO,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-00673-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS |

    Pending the Court's approval, the time for Defendant to file her reply in support her motion to dismiss ("Motion") be extended ten (10) days from December 12, 2022, up to and including December 22, 2022.  This is the Defendant's first request for an extension.  The undersigned counsel for Defendant requires additional time to confer with her client.

                                           Respectfully submitted,

Dated:  December 7, 2022            /s/  *Jerome Anthony Clay, Jr.\**
                                                (\*as authorized via e-mail on December 7, 2022)
                                                JEROME ANTHONY CLAY, JR.
                                                Attorney for Plaintiff

Dated:   December 7, 2022

PHILLIP. A. TALBERT
United States Attorney
MATHEW W. PILE SBN WA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:   /s/  Mary Tsai
MARY TSAI
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including December 22, 2022, to file her reply in support of her motion to dismiss (Dkt. 8).

Dated:  December 9, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE