IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA ELIZABETH CORRALEJO,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:22-CV-0673-DMC<br><br><br><br>ORDER |

    Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On the Court's own motion, the hearing on Plaintiff's motion for summary judgment set for March 22, 2023, at 10:00 a.m., in Redding, California, is vacated.  Upon completion of briefing pursuant to the Court's April 18, 2022, scheduling order, ECF No. 4, the matter will be submitted for decision on the papers without oral argument.

    IT IS SO ORDERED

Dated:  March 16, 2023

                _____
                DENNIS M. COTA
                UNITED STATES MAGISTRATE JUDGE